1983 Form

# In the United States District Court
# For the Northern District of Alabama

Stephen Tolar 266034

CV-17-CL-0151-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v.

Warden Leon Bolling
Warden angela Miree
Warden Pickens
Officer Joe Binder

If inmate cannot be defendant in case, please remove. S.T. 266034

Inmate Thurston Baynes

Inmate Antonio Small

(Enter above full name(s) of the
defendant(s) in this action)

Previous lawsuits

A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____

       Defendant(s) _____

   2.  Court (if Federal Court, name the district; if State Court, name the county)

       _____

   3.  Docket Number _____

   4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __Donaldson Correctional Facility__

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No ( )   DONT KNOW

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____

         _____

      2. What was the result? _____

         _____

         _____

   D. If your answer is NO, explain why not? __THE GUARDS woNT give me the material, or say they will & don't, or say they're not sure, or say I need to talk to a specific guard, & I'm not able to cause I'm back here in a lock up cell__

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __Stephen Michael Tolar 266034__

   _____

   __Donaldson Correctional Facility__
   Address __100 Warrior Lane, Bessemer, AL 35023__

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Joe Binder__

   is employed as __officer__

   at __Donaldson Correctional Facility__

C. Additional Defendants __Warden Leon Bolling, Donaldson C.F.;__
   __Warden Angela Miree, Donaldson C.F.;__
   __Warden Pickens, Donaldson C.F.;__
   __Inmate Thurston Baxnes, Inmate Antonio Small__
   __Donaldson__                                __Donaldson__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

__See attached sheets 1 + 2 please.__

__please make copies for each defendant as I don't have access to do so in lock-up. Thank you, GOD Bless.__
__Donaldson Correctional Facility__
__rape occurred in N-dorm shower on Dec. 29, 2016__
__suicide attempt occurred on southside on Dec. 30, 2016__
__Officer Joe Binder slapped shit, hit with door, lied, then sprayed with mace, then took personal property on January 23, 2017 in X dorm, cell 15,__

-3-

2 witnesses to incident on January 23, 2017 with officer Joe Binder In X-15.

Inmate Tommy Powell 133748 from X-16.

Inmate O.C. Borden Jr. 145176 from X-17.

Dec 30 2016 also, all my personal property has been lost, they can't find it & even if it was found, due to lack of proper procedure being followed while I was reporting this, my lockerbox was supposedly broken into, they said my lock had been broke, but packed what was there, & now have no idea where it is. I was not given a property sheet & no telling what was missing.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. $150.00 replacement cost of personal property that was lost and/or stolen;

Restraining order from officer Joe Binder;

Restraining order from Inmate Thurston Baynes;

Restraining order from Inmate Antonio Small;

Transfer from Donaldson C.F for Safety;

$10,000.00 physical damages;

$15,000.00 mental & psychological damages;

$10.00 for personal property (Book) Officer Joe Binder took;

Inmate Thurston Baynes on Enemy list & Inmate Antonio Small on Enemy list.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-24-17
            (date)

Signature(s): Stephen Tolar

Statement of claim attached
2 sheets
pg 1 & 2

-4-

I, Stephen T[...] was approached by Thurston [...] in Mid-December, 2016. In past years, I had worked with the Selma Police Dept. in Dallas Co. & gave them information on Thurston about drugs. Thurston is in a high rank gang position & his family are big drug dealers. He recognized me & said, "I remember you, your Steve, Ima get your bitch ass, but not in front of these police, but when you least expect it. I know what you did back home snitch." 2 weeks later on Dec. 29, 2016 I went to see a friend in N-dorm, we're allowed to go from K-dorm to L, M & N on the southside at Donaldson, they're all open 24 hrs a day, & can walk outside to any dorm at all times of day & night, which should be illegal at a maximum security prison. My friend was asleep & a guy I've spoke to once or twice offered me a cigarette & I accepted, I hadn't had one in hours & needed it. I smoked & halfway through, I just locked up, collapsed, & began vomiting, everything spinning, could not move, could barely whisper help, couldn't do anything, defenseless, & then Thurston walks up with the guy who gave me the cigarette - Antonio - & say, "we got you now white boy, we gone show you what we do to snitches around here" & the other said, "I got a better idea, lets fuck him & take his manhood, it'll be worse than killin him & me & my fam back home know where his wife & kids stay, if he tells I can pay some homies to go handle em & then we can handle Stevo too." I know he was dead serious, but they picked my body up & carried me to the shower, acting like they were trying to sober me up, like I had smoked some "spice" or synthetic marijuana & fell out, but I don't know what they had given me, but I was helpless & they raped me. & then put my clothes back on & walked/carried me to my rack in K dorm & layed me down & threw a wet rag over my face & said, "remember, we're watching, if you tell, your wife & kids are dead, & you're next." The next evening I cut my wrists trying to commit suicide. I went to crisis cell, then to 4-dorm. I was approached by an unknown gang member, said I owed protection money, & I better not have told on Thurston. They tried to extort me for money, & I don't have money. After few days of this I finally told Lt. Johnson over P.R.E.A. what happened & I'm in a lockup cell for my protection. Since being in this cell I was approached by an officer Joe Binder & during a routine shakedown I was slapped repeatedly in the head & harassed. I showed no sign of aggression or threat. I complied with everything he said, my hands were on the wall & feet were spread when I was being unnecessarily slapped & hit. Officer Joe Binder used extreme unnecessary force & harassment, took personal property that belonged to me that was bought by my family before they passed away, & then afterwards, I tried to get their attention to get me another mattress cause mine was taken during the shakedown & a squad of officers came & sprayed under the door, then lodged my blanket under the door to keep the fumes in so no air could circulate, & then few minutes later, after they yelled to get on my stomach & I did comply. I was on my stomach, with legs crossed & hands behind my head, for a few minutes, they opened the door, got my attention & sneakily sprayed me in the face while I'm in the surrender position on stomach. Now after all this, after I'm handcuffed smoothly, without incident or problem, we're walking to get my body chart & officer Joe Binder slings the BIG IRON DOOR at me & hits me with it, out of spite I guess, while I'm handcuffed & covered in mace, for no reason. & as of now, I've

been back sitting in my cell with no mattress & only a jumpsuit, no underclothes, cause they took them when I got sprayed & wont replace them, for 5 hours — got matt at 5 p.m. I have no underclothes & was wearing the same ones for 2 weeks as of today cause I have none to change into & cant get any. I have no laundry bag to send out the ones I did have to get washed. Id have to wash them in toilet if at all, & noone cares. Now I have none, no shirt, no boxers, only a jumpsuit, — next day, still no clothes —

#1) In Dorms on southside there is no security, the officers are never in the cube, there always in the guard shack which is the length of an NBA basketball court away from the dorms & only walk through at count times & is open 24/7 - 5 dorms, you can walk outside & to any dorm on southside at any time of the night, & noone says anything they dont even have locks on the doors to lock them. & no police presence is ever there.

#2) The warden doesn't have control over his guards or doesn't care, & they have anger issues & take them out on us inmates. that's wrong. Alabama has a hands off policy, & the security is lacking here in so many ways. There is less security here than at a level IV prison & this is a level V security prison. Also inmates safety is not considered here by anyone, staff, wardens. I cant even get a free world enemy verified, all it takes is a phone call. noone cares. something needs to be done

#3) Officer Joe Binder stated when I told him I would file a 1983 civil suit against him he said, "I don't know anything, you struck yourself." an officer Speaks was present & my 2 witnesses. I was shocked when all this happened. officer J. Binder slapped my pineapples from my hand at mealtime in cell 15 & asked what I was smiling at. this started all of these incidents, the shake down, the excessive force & violence. Im a born again christian, a man of faith, & this has caused me to lose respect for the goodness in people & for law enforcement, as I was being respectful & courteous

#4) None of this would have happened had the warden had the security at this institution proper, had the safety of his inmates in mind. & also alabama Dept. of corrections & all staff here had verified a known enemy from my home town & didnt, & they now say they are unable to verify him as an enemy, cause they cant figure out if he's from selma or not. either way, him & another inmate raped me, verification should be justified.

#5) Dallas co jail, courthouse, high school & sheriff's office is all in selma, AL, That's what our paperwork says. It should be easy to verify

#6) when they plugged the bottom of the door after spraying riot mace in cell to prevent circulation, it could have damaged my lungs as I have asthma.

#7) I also see a psychiatrist for depression & anxiety/panic attacks & take medicine.